UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Paul S. Evangelista, Esq.
Email: pevangelista@scura.com
Counsel for Debtor

Order Filed on April 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILVIN J. MATEO HERNANDEZ

| | |
|---|---|
| Case No.: | 23-21840 |
| Chapter: | 13 |
| Hearing Date: | March 20, 2024 |
| Judge: | RG |

## ORDER CONTINUING HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY ESTHER WILSON

The relief set forth on the following pages, numbered two (2) is **ORDERED**.

**DATED: April 2, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors: Wilvin J. Mateo Hernandez
Case No.: 23-21840-RG
Caption of Order:   ORDER CONTINUING HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY ESTHER WILSON

Upon reviewing the motion of Esther Wilson, appearing *pro se*, seeking entry of an order providing relief from the automatic stay (the "Motion"); and hearing opposition from the Debtor, Wilvin J. Mateo Hernandez (the "Debtor") and the Court having considered the moving papers, exhibits, any objections thereto, and the arguments of counsel, if any; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The hearing on the Motion is continued to May 15, 2024 at 2:00 p.m.

2. Any complaint to challenge the dischargeability of certain debts pursuant to 11 U.S.C § 523(a)(2) or (4) shall be filed by April 8, 2024.

3. Esther Wilson shall file and serve by April 30, 2024 any supplemental documents in support of the Motion seeking relief from the automatic stay to continue proceedings related to Docket No. ESX-L-000999-22 for the limited purpose of obtaining a ruling on the amount of punitive damages

4. Counsel for the Debtor shall serve a copy of this Order within seven (7) days of entry upon Esther Wilson via regular mail at the address stated on her moving papers and as reflected in the creditor address matrix and the Chapter 13 Standing Trustee